636 A.2d 1117

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Sherman McGETH.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1994.

Decided Feb. 15, 1994.

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for Com.

John W. Packel, Stuart B. Lev, Philadelphia, for S. McGeth.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

PAPADAKOS and CASTILLE, JJ., dissent.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.